| | |
|---|---|
| ANTHONY SELLON, | Case No.: CV 10-01795-DMG |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | JS6 |
| GENPACT SERVICES, LLC | |
| Defendant. | |

On May 18, 2010, Plaintiff, ANTHONY SELLON (Plaintiff), filed an acceptance of Defendant's, GENPACT SERVICES, LLC (Defendant), Offer of Judgment. The accepted Offer of Judgment states Plaintiff will receive $1,001.00, plus all court costs and reasonable attorney's fees incurred. Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $1,001.00, plus all court costs and reasonable attorney's fees incurred.

**IT IS ORDERED.**

Dated: 6/1/10

_____
Dolly M. Gee
United States District Judge

cc: Fiscal